## EARL N. KAPITZKE, ADMR., C.T.A.
*vs.*
## F. MILLS CO., ET AL.

| Superior Court | New Haven County | File No. 55579 |

MEMORANDUM FILED FEBRUARY 15, 1939.

*Harry A. Cooper,* of Meriden, for the Plaintiff.

*George A. Clark,* of Meriden, for the Defendants.

BOOTH, J. The action set forth in the complaint is based on the plaintiff's claimed right of an accounting and a money judgment as incident thereto. These and further allegations in the complaint are evidently designed to set up a fiduciary relationship between the plaintiff and the defendants, and to seek the relief prayed for on the basis of such relationship.

Thus is pleaded a cause or causes of action "properly cognizable in equity" prior to 1880. *Bristol vs. Pitchard*, 81 Conn. 451. Under these circumstances a jury trial is a matter of the court's discretion, which should be exercised to promote the most expeditious disposition of the cause consistent with a legal and just determination of the issues presented.

In the opinion of the court, after a review of the pleadings, this result is more likely to follow from a court trial than by a trial by a jury.

For the foregoing reasons the motion as made is granted and the case is hereby ordered stricken from the jury docket.